```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14490
    MICHAEL A BUTLER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-1621


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/10/2007 and was not confirmed.

     The case was dismissed without confirmation 10/15/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
GMAC                       SECURED VEHIC     41192.92            .00            .00
ROBERT J ADAMS & ASSOC     PRIORITY         NOT FILED            .00            .00
ACC CONSUMER FINANCE L     UNSECURED        NOT FILED            .00            .00
BMW FINANCIAL SERVICES     UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED        NOT FILED            .00            .00
SECRETARY OF STATE         NOTICE ONLY      NOT FILED            .00            .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT       306.33            .00            .00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY       3,500.00                           .00
TOM VAUGHN                 TRUSTEE                                              .00
DEBTOR REFUND              REFUND                                               .00


     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        ---------------       ---------------
TOTALS                          .00                   .00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 14490 MICHAEL A BUTLER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |